STATE OF LOUISIANA                    NO. 25-KH-384

VERSUS                               FIFTH CIRCUIT

BRANDON L. PIKE                      COURT OF APPEAL

                                     STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

August 26, 2025

Linda Tran
First Deputy Clerk

**IN RE** BRANDON L. PIKE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 17-661

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

## WRIT DENIED

Relator, Brandon L. Pike, applied to this Court seeking mandamus relief in light of the district court's alleged failure to rule on his "Motion for Out-of-Time Appeal." Finding that Mr. Pike's request for mandamus relief is moot, we deny the writ application.

On May 2, 2024, following a multiple bill hearing, Mr. Pike was adjudicated a second felony offender and was given an enhanced sentence of sixty years imprisonment at hard labor without benefit of parole, probation, or suspension of sentence for aggravated burglary, and ordered that this sentence be served consecutively with Mr. Pike's eight-year sentence for second degree battery imposed on March 16, 2018.

In the instant application seeking mandamus relief, Mr. Pike contends that on October 20, 2024, he mailed a Motion for Out-of-Time Appeal to the district court, but that to date, the district court has failed to rule on his motion. However,

25-KH-384

the record reflects that on November 13, 2024, the district court granted Mr. Pike's Motion for Out-of-Time Appeal and that, on January 27, 2025, the Louisiana Appellate Project informed the district court that Michael Idoyaga was assigned as appellate counsel for Mr. Pike. The record further reflects that an appeal was lodged in this Court on behalf of Mr. Pike on February 4, 2025, under case number 25-KA-47, *State of Louisiana versus Brandon L. Pike*; an appellate brief challenging the excessiveness of the sixty-year sentence was filed on April 2, 2025, by Mr. Idoyaga, appointed counsel for Mr. Pike; and, the matter is currently set on this Court's docket for October 8, 2025.

Accordingly, the relief Mr. Pike requests is denied as moot.

Gretna, Louisiana, this 26th day of August, 2025.

**SMC**
**FHW**
**JGG**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/26/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 25-KH-384

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Brandon L. Pike #370521 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748